Filed 10/28/22  P. v. Kardasz CA2/7

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE, | B317551 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. SA101839) |
| v. | |
| JOHN KARDASZ, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, William L. Sadler, Judge. Affirmed.

Adrian Dresel-Velasquez, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————————

John Kardasz appeals from the judgment entered following his conviction by a jury of aggravated assault.  No arguable issues have been identified following review of the record by Kardasz's appointed appellate counsel or our own independent review.  We affirm.

## FACTUAL AND PROCEDURAL BACKGROUND

Kardasz was charged by information with assault by means of force likely to produce great bodily injury (Pen. Code, § 245, subd. (a)(4)) with the additional allegation he had personally inflicted great bodily injury on his victim (Pen. Code, § 12022.7, subd. (a)).

According to the People's evidence at trial, Kardasz and Samir Goli were involved in a fight at a bar.  Goli pushed Kardasz after Kardasz bumped into him several times; Kardasz punched Goli in the face; Goli returned the blow.  The bar's security staff told Kardasz, Goli and their companions to leave.

Once outside, as Goli was calling a car service, Kardasz and another individual approached Goli from behind, and Kardasz punched Goli in the head.  Goli fell, hitting his chin on the pavement.  Kardasz then kicked Goli in the head before leaving the area.

Testifying in his defense Kardasz insisted Goli had instigated the fight inside the bar by making fun of an argument Kardasz had with his girlfriend.  The outside altercation was chaotic mutual combat.

The jury found Kardasz guilty of aggravated assault but was unable to reach a verdict on the great bodily injury enhancement.  The court suspended imposition of sentence and placed Kardasz on formal probation on condition he serve 365 days in county jail.  Kardasz filed a timely notice of appeal.

## DISCUSSION

We appointed counsel to represent Kardasz in this appeal. After reviewing the record, counsel filed a brief raising no issues. Appointed counsel advised Kardasz on September 22, 2022 that he could personally submit any contentions or issues he wanted the court to consider. We have received no response.

We have examined the record and are satisfied appellate counsel for Kardasz has complied with counsel's responsibilities and there are no arguable issues. (*Smith v. Robbins* (2000) 528 U.S. 259, 277-284; *People v. Kelly* (2006) 40 Cal.4th 106, 118-119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.)

## DISPOSITION

The judgment is affirmed.


PERLUSS, P. J.

We concur:


SEGAL, J.


FEUER, J.

3